# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139554

BLUE HARVEST, INC., BLUEBERRY
HERITAGE FARMS, INC., BRADY FARMS,
INC., DAVID REENDERS BLUEBERRIES,
L.L.C., d/b/a CROSSROADS BLUEBERRY
FARM, PAUL NELSON BLUEBERRIES, L.L.C.,
and REENDERS BLUEBERRIES, L.L.C.,
           Plaintiffs-Appellees,

v

                                SC: 139554
                                COA: 281595
                                Ottawa CC: 04-051026-CZ

DEPARTMENT OF TRANSPORTATION,
           Defendant-Appellee,
                                    04-002340-MZ

and

OTTAWA COUNTY ROAD COMMISSION,
           Defendant-Appellant.
_____/

       On order of the Court, the application for leave to appeal the July 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2010

_____
                  Clerk

d1013